IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Sylvanius Bell | Complaint for a Civil Case |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 19-355 *(to be filled in by the Clerk's Office)* <br><br> Jury Trial:   ☐ Yes   ☒ No <br> *(check one)* |
| -against- <br><br> James A. Baker III, Martin Luther King III, Eduard Khudainatov, Biker Botts, Leonard Bell, Jean Coby, Ronnie Brown, Aliko Dangote <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Sylvanius Bell
   Street Address: 460 Pine Street
   City and County: Providence
   State and Zip Code: Rhode Island
   Telephone Number: 702-743-3663
   E-mail Address: sbell1212@mail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   Name: James A. Baker
   Job or Title (if known): Paymaster - lawyer
   Street Address: 910 Louisiana Street #3000
   City and County: Houston (Harris)
   State and Zip Code: Texas 77002
   Telephone Number: 713-229-1234
   E-mail Address (if known):

   Defendant No. 2

   Name: Martin Luther King III
   Job or Title (if known): Endorser - non-broker
   Street Address:
   City and County: Atlanta (Fulton)

       State and Zip Code    Georgia    30327
       Telephone Number    404-574-9992
       E-mail Address
       (if known)

Defendant No. 3

       Name    Leonard Bell
       Job or Title    non-broker
       (if known)
       Street Address    3090 Moser Way
       City and County    Marietta (Fulton)
       State and Zip Code    Georgia
       Telephone Number    404-794-6068 / 678-742-8727
       E-mail Address
       (if known)

Defendant No. 4

       Name    Eduard Khudainatov
       Job or Title    Mandate
       (if known)
       Street Address    1 Lexington
       City and County    New York (New York)
       State and Zip Code    New York    10010
       Telephone Number
       E-mail Address
       (if known)

**II.**    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S. Code Subchapter B - Prejudgment Remedies § 3101 and 3102 Attachment; U.S. Constitution 13th and 14th Amendments

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

   1.  The Plaintiff(s)

       a.  If the plaintiff is an individual

           The plaintiff, *(name)* Sylvanius Bell, is a citizen of the State of *(name)* Rhode Island.

       b.  If the plaintiff is a corporation

           The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

       *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

   2.  The Defendant(s)

       a.  If the defendant is an individual

           The defendant, *(name)* James A. Baker, is a citizen of the State of *(name)* Texas. Or is a citizen of *(foreign nation)* _____.

4

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: $1.5 trillion Twenty-five cents were promised (per barrel), but James A Baker or an associate erased my name from the Irrevocable Master Fee Agreement. Two other brokers suffered similar tactic.

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Mr Baker and Baker Botts refuse to pay for services rendered, but paid non-brokers Martin Luther King III, Leonard Bell, Jean Coby, and Ronnie Brown. Only Aliko Dangote and Eduard Khudainatov were paid. See attached.

IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am entitled to collect a debt owed to me for services rendered, when I brought sellers and buyers together with 30 or more contracts I signed Irrevocable Master Fee Agreement (International Chamber of Commerce), but signature was removed.

V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

   A.     For Parties Without an Attorney

   I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

   Date of signing: August 14, 2019.

   Signature of Plaintiff     _Sylvanius Bell_
   Printed Name of Plaintiff  _Sylvanius Bell_

   B.     For Attorneys

   Date of signing: _____, 20__.

6

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

CONTINUATION PAGES

The Defendant(s) - Continuation

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 5

Name: Ronnie Brown
Job or Title (if known): Non-broker
Street Address: 2515 S. Cherokee
City and County: Muskogee (Muskogee)
State and Zip Code: Oklahoma 74403
Telephone Number:
E-mail Address (if known):

Defendant No. 6

Name: Ahktar Khwaja
Job or Title (if known): Owner - K Ag Laboratories
Street Address: 2323 Jackson Street
City and County: Oshkosh
Wisconsin 54901
920-426-2222

Defendant No. 7

Name: Jean Coly (Vinson?)
Job or Title (if known): Non-broker
Street Address:
City and County: Muskogee
State and Zip Code: Oklahoma
Telephone Number:
E-mail Address (if known):

8

Defendant No. 8

    Name: Royce West

    Job or Title (if known): Non-broker-lawyer

    Street Address: 1212 Regents Park CT

    City and County: DeSoto (Dallas)

    Texas 75116

    214-467-0123

**Statement of Claim - Continuation**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## CONTINUATION PAGES

**The Defendant(s) - Continuation**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 5

- Name: Ronnie Brown
- Job or Title (if known):
- Street Address: Ronnie Brown
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 6

- Name:
- Job or Title (if known):
- Street Address:
- City and County:

Defendant No. 7

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

8