UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SYLVANIUS BELL,
    Plaintiff,

v.                                                           C.A. No. 19-355 WES

JAMES BAKER,
et al.,
    Defendants.

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters pursuant to the Text Order entered on November 7th, 2019 by this Court.

Enter:

/s/ Ryan H. Jackson
_____
Deputy Clerk

Dated: November 7th, 2019